UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>                Plaintiff,<br><br>v.<br><br>JOSEPH FREEDMAN CO., INC.,<br><br>                Defendant. | Case No. 3:22 -cv-30047 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendant Joseph Freedman Co., Inc. (jointly "the Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted as an Exhibit hereto.

On April 19, 2022, Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under Section 505(c)(3) of the Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. The United States informed the Parties and the Court that the 45-day period ends on June 3, 2021 and that it does not have any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered. A copy of a letter from the United States Department of Justice is submitted as an Exhibit hereto.

June 10, 2022                              Respectfully submitted,

                                                           COMMONWEALTH OF MASSACHUSETTS

                                                           By its attorney,

                                                           MAURA HEALEY
                                                           ATTORNEY GENERAL

                                                           */s/ Emily K. Mitchell*
                                                           Emily K. Mitchell (Bar No. 703726)
                                                           Special Assistant Attorney General
                                                           Environmental Protection Division
                                                           Office of the Attorney General
                                                           One Ashburton Place, 18th Floor
                                                           Boston, Massachusetts 02108
                                                           Tel: (617) 727-2200, ext. 2207
                                                           Emily.Mitchell@mass.gov

                                                           Joseph Freedman Co., Inc.

                                                           By its attorney,

                                                           */s/ Lee D. Hoffman*
                                                           Lee D. Hoffman (Admitted *pro hac vice*)
                                                           Pullman & Comley, LLC
                                                           90 State House Square
                                                           Hartford, Connecticut 06103-3702
                                                           (860) 424-4325
                                                           LHoffman@pullcom.com

### CERTIFICATE OF E-SERVICE

       I hereby certify that the parties' Joint Statement, filed electronically through the ECF system with the Court on June 10, 2022, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on June 10, 2022.

                                        */s/ Emily K. Mitchell*
                                        Emily K. Mitchell (Bar No. 703726)